# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 15-CV-4749

Date Filed: _____

Plaintiff:
**MORRIS OKUN, INC.**

vs.

Defendant:
**MEDFORD PRODUCE INC. AND ANGELO J. CATALDO**

For:
Gregory Brown
McCarron & Diess
707 Walt Whitman Road
2nd Fl
Melville, NY 11747

Received by Direct Process Server LLC on the 19th day of June, 2015 at 11:51 am to be served on **MEDFORD PRODUCE INC., 664 OLD MEDFORD AVENUE, MEDFORD, NY 11763**.

I, John Freer, do hereby affirm that on the **25th day of June, 2015** at **7:12 pm**, I:

served a **CORPORATION** by delivering a true copy of the **SUMMONS, COMPLAINT, CORPORATE DISCLOSURE AND CIVIL COVERSHEET**, to: **ANGELO CATALDO** as **CHIEF EXECUTIVE OFFICER** for **MEDFORD PRODUCE INC.**, at the address of: **664 OLD MEDFORD AVENUE, MEDFORD, NY 11763**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 75+, Sex: M, Race/Skin Color: WHITE, Height: 5'-5", Weight: 145, Hair: GREY, Glasses: N

I certify that I am over the age of 18, have no interest in the above action. Under penalties of perjury, I declare I have read the foregoing document and the facts stated are true.

John Freer
1395244

Direct Process Server LLC
373 Smithtown Bypass
Suite 212
Hauppauge, NY 11788
(631) 406-6989
Our Job Serial Number: DPR-2015003009

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

